SABRINA OLIVERI, Respondent, v VASSAR BROTHERS HOSPITAL, Appellant.

Submitted October 29, 2012; decided December 13, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.